# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Zaheed Dajon Bunkley<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 1:25MJ384-1 |

**FILED**
in the Middle District of North Carolina

**October 2, 2025**
**2:00 pm**

Clerk, US District Court
By: _____dmk_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 7, 2024__ in the county of __Guilford__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1344(2) and 1028A | Scheme and Artifice to Obtain Money from Financial Institution and Aggravated Identity Theft |

This criminal complaint is based on these facts:

please see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

On this day, __October 2, 2025__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: __10/2/2025   12:10 pm__

Emily Nick, Special Agent USPS OIG
*Printed name and title*

_____
*Judge's signature*

City and state: __Durham, North Carolina__

Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Emily Nick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint alleging charging Zaheed Dajon BUNKLEY with the following criminal violations: 18 U.S.C. 1344(2) (*Bank fraud*) and 1028A (*Aggravated identity theft*).

2. Your affiant is a Special Agent with the United States Postal Service Office of the Inspector General (USPS OIG) and have been so employed since May of 2023. Your affiant is currently assigned to the Mid-Atlantic Area field office in Greensboro, North Carolina where your affiant has participated in numerous criminal investigations of individuals and entities related to violations of Federal Laws, including 18 U.S.C. 1344(2) (*Bank fraud*) and 1028A (*Aggravated identity theft*).

3. Your affiant is a graduate of the Federal Law Enforcement Training Center's ("FLETC") Criminal Investigator Training Program. Your affiant has also received additional training and on-the-job experience in connection with the investigation of postal crimes and related offenses. Based on training and experience, your affiant is familiar with the methods used to commit postal crimes.

1

4. Your affiant graduated from the Honors College of Michigan State University with dual Bachelor of Arts degrees in Psychology and Interdisciplinary Studies in Social Sciences.

5. Your affiant is an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

6. The facts in this affidavit come from your affiants' personal observations, physical surveillance, training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a complaint, your affiant has not included each and every fact known concerning this investigation. Your affiant has set forth only the facts that he believes are necessary to establish probable cause.

## PROBABLE CAUSE

7. In late February 2024, a USPS customer whose initials are L.D. mailed a check (Check # 103) from the clusterbox mailbox in her neighborhood in Kernersville, North Carolina. The check was originally made payable to Duke Energy for $44.77 and dated February 9, 2024 (see image below).

[check register image]

8.      Check #103 was drawn on a Truist Bank checking account in the name of L.D. and an individual whose initials are A.P.  account number xxxxxxxx6661. Truist Bank is a financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation.

9.      Check # 103 was subsequently stolen from the US Mail and altered to be made payable to "Rich Dad Inc Michael Wilkerson Jr" for $6,000.00. L. D. provided a photocopy of the front and back of the altered check.  after being forged and altered Check #103 was deposited into a Truliant Federal Credit Union checking account in the name of an individual whose initials are M.W., account number xxxxxxx3668, on October 7, 2024. Truliant Federal Credit Union is a financial institution whose deposits are insured by the National Credit Union Administration.

3

10. On October 15, 2024, L.D. submitted a police report to the Kernersville Police Department, indicating that she did not issue a check for $6,000.00, and the transaction was fraudulent. L.D. stated that she did not issue a check to "Rich Dad Inc" or "Michael Wilkerson".

11. On October 28, 2024, Forsyth County District Court Judge Eric C. Morgan signed a search warrant for the records related to the fraudulent deposit of check # 103 into Truliant account xxxxxxxx3668.

12. Truliant records revealed that Zaheed Dajon BUNKLEY, identified by ATM video footage, fraudulently deposited the check into M.W.'s business checking account xxxxxxxx3668 on October 7, 2024 at a Truliant branch located at 1801 South Highway 119 Mebane, Alamance County, in the Middle District of North Carolina. Zaheed Dajon BUNKLEY accessed the account using a financial instrument resembling a Truliant debit card.

13. ATM video footage also revealed that Zaheed Dajon BUNKLEY was driving a silver-colored BMW X5 bearing North Carolina tag # VAC4734. The subject vehicle is registered to an individual whose initials are T. N., a known associate of Zaheed Dajon BUNKLEY. T. N. also appears to be a passenger in the vehicle with Zaheed Dajon BUNKLEY at the ATM (images below).




5

14. Truliant records also indicate that Zaheed Dajon BUNKLEY withdrew $740.00 in cash from the M.W.'s account, account number xxxxxxxx3668 following the deposit such monies and funds being in the custody and control of financial institution Truliant Federal Credit Union.

15. Your affiant reviewed Zaheed Dajon BUNKLEY's North Carolina driver's license image and images from previous arrests and compared them to the ATM video footage to confirm that Zaheed Dajon BUNKLEY is the vehicle driver in the video.

16. Your affiant reviewed T.N.'s North Carolina driver's license image and compared it to the ATM video footage to confirm that T. N. is the vehicle passenger in the video.

17. Based on these facts, your affiant believes there is probable cause that Zaheed Dajon BUNKLEY knowingly executed a scheme or article to obtain money and funds from financial institutions being Truist Bank and Truliant Federal Credit Union by falsely altering and depositing at Truliant Federal Credit Union Check #103 drawn on the Truist Bank account of L.D. and A.P. in violation of 18 U.S.C. Section 1344(2) and that Zaheed Dajon Bunkley during such offense did knowingly possess and use without legal authority the identifying information of another person that being the name of

6

L.D. and A.P. and their Truist Bank checking account number in violation of 18 U.S.C. Section 1028A.

Respectfully submitted,

*Emily M. Nick*

Special Agent Emily Nick
USPS OIG

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

October 2, 2025   12:10 pm.

*Joe L. Webster*

THE HONORABLE JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE