IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:25CR362-1 |
| ZAHEED DAJON BUNKLEY | : |

The Grand Jury charges:

## COUNT ONE

1. At all times material herein, ZAHEED DAJON BUNKLEY was a resident of the County of Alamance in the Middle District of North Carolina.

2. At all times material herein, Truist Bank, N.A., and all its branches were financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

3. At all times material herein, Truliant Federal Credit Union was a financial institution, the deposits of which were then insured by the National Credit Union Administration.

4. At all times material herein, an individual whose initials are L.D. was a resident of Forsyth County, in the Middle District of North Carolina, and maintained a checking account at Truist Bank, N.A., account number ending in 6661.

5. In February 2024, L.D. completed check number 103, drawn on her Truist Bank, N.A., checking account number ending in 6661, payable to Duke Energy in the amount of $44.77. She then mailed check number 103 to Duke Energy by placing it in a United States Postal Service post box near her home.

6. At all times material herein, an individual whose initials are M.W. maintained a business checking account at Truliant Federal Credit Union in the name of "Rich Dad, Inc.," account number ending in 3668.

7. From in or about January 2023, continuing up to and including in or about March 2024, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, ZAHEED DAJON BUNKLEY and other persons, known and unknown to the Grand Jurors, did knowingly execute and attempt to execute a scheme and artifice to obtain money, funds, and property under the custody and control of financial institutions, that is, Truist Bank, N.A., and Truliant Federal Credit Union, by means of false and fraudulent pretenses, representations, and promises, by stealing checks from the United States mail, recruiting individuals holding checking accounts to accept deposit of stolen checks forged and altered to be made payable to them, by depositing such fraudulently forged and altered checks either directly or electronically into said accounts, and by

2

withdrawing or otherwise transferring the fraudulently obtained funds and converting them to the use of ZAHEED DAJON BUNKELY and others.

## MANNERS AND MEANS

8. It was part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLEY and others fraudulently obtained numerous checks by stealing the checks from United States Postal Service post boxes after they had been placed into the boxes by persons attempting to mail payment by check through the United States Mail.

9. It was a further part of the scheme and artifice to defraud that that ZAHEED DAJON BUNKLEY and others obtained by theft approximately 359 checks for accounts at various financial institutions including Truist Bank, N.A., and Truliant Federal Credit Union.

10. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLEY made use of a white BMW SUV registered in the name of an individual whose initials are T.N. to travel to United States Postal Service post boxes in Guilford and Forsyth Counties to steal mail, including checks.

11. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY and others recruited persons holding bank

3

accounts at financial institutions to receive deposit of stolen checks fraudulently altered and forged to be payable to the recruited account holder.

12. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY agreed with recruited account holders that following the deposit of fraudulently altered and forged checks into their accounts, the recruited account holders would allow ZAHEED DAJON BUNKLY to withdraw the fraudulently obtained funds himself or they would transfer a portion of the fraudulently obtained funds to ZAHEED DAJON BUNKLY by ApplePay, Cash App, and other electronic cash transfer services.

13. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY agreed that recruited account holders could retain a portion of the fraudulently obtained funds as payment for use of their accounts.

14. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY and others forged and altered approximately 300 stolen checks to be made payable to recruited account holders and to alter the stolen checks by increasing the amounts to be made payable by the true holders of the accounts upon which the stolen checks were drawn.

15. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY and others forged and altered stolen checks in the approximate total amount of $3,135,000.00.

16. It was a further part of the scheme and article to defraud that ZAHEED DAJON BUNKLY and others passed, by deposit at the branches of financial institutions or at ATMs or by electronic remote deposit into the accounts of recruited account holders, checks in the approximate amount of $2,127,000.00.

17. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY withdrew fraudulently obtained funds from the accounts of recruited account holders and directed recruited account holders to transfer to him fraudulently obtained funds by electronic transfers services such as CashApp and Apple Pay.

18. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY recruited M.W. to use his Truliant Federal Credit Union business account in the name of "Rich Dad, Inc.," for the deposit of fraudulently forged and altered checks.

19. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY stole and removed from a United States Postal Service post box check number 103 drawn on Truist Bank, N.A., account

number ending in 6661 in the name of L.D., and made payable in the amount of $44.77 to Duke Energy.

20. It was a further part of the scheme and artifice to defraud that ZAHEED DAJON BUNKLY fraudulently forged and altered check number 103 drawn on Truist Bank, N.A., account number ending in 6661, in the name of L.D. to be made payable to "Rich Dad, Inc. Michael Wilkerson" in the amount of $6,000.00.

21. It was a further part of the scheme and artifice to defraud that on or about October 7, 2024, ZAHEED DAVON BUNKLEY travelled to the Truliant Federal Credit Union branch located in Kernersville, Forsyth County, North Carolina, in the BMW SUV registered to T.N. and deposited the fraudulently altered and forged check number 103, drawn on Truist Bank, N.A., account number ending in 6661 in the name of L.D. at the bank's drive through ATM.

22. It was a further part of the scheme and artifice to defraud that on October 7, 2024, following the deposit of fraudulently altered and forged check number 103, drawn on Truist Bank, N.A., account number ending in 6661 in the name of L.D., ZAHEED DAVON BUNKLEY withdrew $740.00 of the fraudulently obtained funds from the Truliant Federal Credit Union business checking account of M.W.

## EXECUTION

23.     On or about October 7, 2024, in the County of Forsyth, in the Middle District of North Carolina, ZAHEED DAVON BUNKLEY did knowingly execute and attempt to execute a scheme and artifice to obtain money, funds, and property owned and controlled by financial institutions, the deposits of which were then insured by the National Credit Union Administration and the Federal Deposit Insurance Corporation, that is, Truliant Federal Credit Union and Truist Bank, N.A., by means of materially false and fraudulent pretenses, representations, and promises, by depositing into Truliant Federal Credit Union account number ending in 3668 in the name of an individual whose initials are M.W. and the business name "Rich Dad, Inc.," a falsely altered, forged, and counterfeited check, that is, check number 103 drawn on Truist Bank, N.A., checking account number ending in 6661 in the name of L.D. made payable to M.W. and "Rich Dad, Inc.," in the amount of $6,000.00, when in truth and fact, as ZAHEED DAJON BUNKLEY then well knew, Truist Bank, N.A., check number 103, drawn on account number ending in 6661 had been altered, forged, and counterfeited, account holder L.D. had not made such check payable to M.W. and "Rich Dad, Inc.," and neither ZAHEED DAJON BUNKLEY nor M.W. were entitled to receive any monies or funds from Truist Bank, N.A., check number 103, account

number ending in 6661; in violation of Title 18, United States Code, Section 1344(2).

## COUNT TWO

On or about October 7, 2024, in the County of Forsyth, in the Middle District of North Carolina, ZAHEED DAJON BUNKLEY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: bank fraud, in violation of Title 18, United States Code, Section 1344(2), as alleged in Count One and incorporated by reference herein, knowingly possessed and used, without lawful authority, the means of identification of another person, that is, the name and Truist Bank, N.A., account number of an individual whose initials are L.D.; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: October 27, 2025

CLIFTON T. BARRETT
United States Attorney

*Frank J. Chut by MAJ*

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

8